Modern Art Services, Ltd., et al., Appellants, v OCA Long Island City, LLC, Respondent.

Submitted November 21, 2011; decided January 12, 2012

Reported below, 84 AD3d 1040.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of the Estate of Sandra Murray, Deceased. Jerome Murray, Respondent; Ivan O. Kline, Appellant, et al., Respondents.

Submitted November 21, 2011; decided January 12, 2012

Reported below, 84 AD3d 106; 2011 NY Slip Op 85698(U).

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

---

New York State Psychiatric Association, Inc., et al., Respondents, v New York State Department of Health, Appellant.

Submitted September 12, 2011; decided January 12, 2012

Reported below, 71 AD3d 852.

Motion to strike addendum to appellant's reply brief and references thereto in appellant's reply brief granted and this material is deemed stricken.